```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/1/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEYOND THE DOG, LLC,

    Plaintiff and Counterclaim Defendant,

-against-

ALLYSON SALZER AND CANINE
BEHAVIORAL BLUEPRINTS, LLC,

    Defendants and Counterclaim Plaintiffs,

-against-

KRISTYN ECHTERLING-SAVAGE AND SEAN
SAVAGE,

    Counterclaim Defendants.

25 Misc. 188 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **May 8, 2025**, Plaintiff, Beyond the Dog, LLC, and Counterclaim Defendants, Kristyn Echterling-Savage and Sean Savage (together with Plaintiff, "Movants"), shall serve copies of Movants' motion to quash and supporting papers, ECF Nos. 1, 4, and 5, on Defendants, Allyson Salzer and Canine Behavioral Blueprints, LLC, and file proof of such service on the docket. By **May 22, 2025**, Defendants shall file their response to Movants' motion. By **May 29, 2025**, Movants shall file their reply, if any.

    The parties shall review and strictly comply with the undersigned's Individual Practices in Civil Cases, available at https://www.nysd.uscourts.gov/hon-analisa-torres.

    SO ORDERED.

Dated: May 1, 2025
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge